## MINUTES

| | |
|---|---|
| CASE NUMBER: | CR NO. 14-00361HG |
| CASE NAME: | United States of America Vs. Joshu Osmanski |
| ATTYS FOR PLA: | Tracy A. Hino, AUSA<br>F. B. I. Special Agent-Russ Mochizuki |
| ATTYS FOR DEFT: | Birney B. Bervar, Esquire |
| Probation Officer: | Darsie Ing-Dodson |

| | | | |
|---|---|---|---|
| JUDGE: | Helen Gillmor | REPORTER: | Debra Chun |
| DATE: | 04/02/2015 | TIME: | 10:33am-11:15am |

COURT ACTION:      EP: SENTENCING TO COUNT 1 OF THE INDICTMENT

Defendant present and not in Custody.

Court Adopts the Factual Statements as contained in the presentence report.

Court accepts the Plea Agreement.

Allocution by the Defendant.

SENTENCE-

NO IMPRISONMENT.

Probation-3 YEARS

Special Conditions of Probation-

1. The defendant shall abide by the standard conditions of supervision.

2. The defendant shall not commit any crimes, federal, state, or local (mandatory condition).

3.  The defendant shall not possess illegal controlled substances (mandatory condition).

4.  The defendant shall cooperate in the collection of DNA as directed by the probation officer (mandatory condition - felony offenses only).

5.  The defendant shall not possess a firearm, ammunition, destructive device, or any other dangerous weapon.

6.  The defendant shall refrain from any unlawful use of a controlled substance.  The defendant shall submit to one drug test within 15 days of commencement of supervision and at least two drug tests thereafter but no more than eight valid drug tests per month during the term of supervision.

7.  The defendant shall execute all financial disclosure forms and provide the Probation Office access to any requested financial information.

8.  The defendant participate in a mental health program at the discretion and direction of the Probation Office.

9.  The defendant shall participate in an alcohol and substance abuse assessment, as well as any recommended treatment, which includes drug and alcohol testing, in a program approved by the Probation Office.  The defendant is to refrain from the possession and/or use of alcohol while participating in substance abuse treatment.

10. The defendant shall submit his person, property, house, residence, vehicle, papers, or office, to a search conducted by a United States Probation Officer.  Failure to submit to a search may be grounds for revocation of release.  The defendant shall warn any other occupants that the premises may be subject to searches pursuant to this condition.  An officer may conduct a search pursuant to this condition only when reasonable suspicion exists that the defendant has violated a condition of his supervision and that the areas to be searched contain evidence of this violation.  Any search must be conducted at a reasonable time and in a reasonable manner.

11. The defendant shall perform 100 hours of community service as directed by the Probation Office.

12. The defendant's term of supervision shall be

     transferred to the U.S. Probation Office in the Eastern District of Louisiana.

No Fine.

Special Assessment-$100.00

Defendant advised of his right to Appeal.

Submitted by Leslie L. Sai, Courtroom Manager